4. Pennsylvania's corporate net income tax which exempts from its impositions income from its own securities can operate conformably to the prescriptions of the United States Constitution as interpreted by the Supreme Court of the United States, *only* when the State deducts from the net income of the corporation taxed *all interest on United States securities also.* Unless this deduction is made those securities are not accorded by Pennsylvania the equality of treatment constitutionally required as between them and the securities of this Commonwealth.

The judgment is affirmed.

Mr. Justice JONES concurs in the judgment.

## Marshall Impeachment Case.

328

Argued November 22, 1949. Before MAXEY, C. J.,
DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

334

344

346

*Edwin P. Rome,* with him *Franklin Poul, William A. Gray* and *Gray, Anderson, Schaffer & Rome,* for appellant.

*Bryan A. Hermes,* with him *James P. Schellenger* and *Michael von Moschzisker,* for appellee.

OPINION PER CURIAM, November 23, 1949:

The judgment of the court below is affirmed on the opinion of FRANCIS SHUNK BROWN, JR., P. J.

Quarture, Appellant, *v.* C. P. Mayer Brick Company.